### ANDREWS *v.* HAMMOND.—In error.

*Saturday,*
*December 4.*

WHERE there is a demurrer to evidence and a joinder, the Court may have the damages assessed by the jury conditionally; or they may discharge the jury, leaving the damages to be assessed by another jury should the demurrer be over-ruled. Bull. N. P. 314.—2 Tidd's Pr. 786.—*M'Creary* v. *Fike,* 2 Blackf. 374.

If from the evidence set out in such demurrer, the jury might have inferred that the action should be sustained, the judgment should be for the plaintiff. *M'Creary* v. *Fike, supra* (1).

If a judgment be reversed, the proceedings back to the first error will be set aside, and the plaintiff in error will have judgment for costs.

(1) "By a demurrer to evidence, all the facts of which there is any evidence are admitted, and all conclusions which can fairly and logically be deduced from those facts." Per *Best,* J., in *Bulkeley* v. *Butler,* 2 B. & C. 434. See *Shields* v. *Arnold,* 1 Blackf. 109, note, and *Doe d. Wilkins* v. *Rue et al.* 4 *id.* 263.